467 A.2d 53

Commonwealth v. Goodman, Appellant.

Submitted June 22, 1983. George Henry Newman, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence affirmed.

467 A.2d 53

Commonwealth v. Henderson, Appellant.
Petition for Allowance of Appeal
Denied Feb. 17, 1984.

Argued April 14, 1983. John R. Miller, Jr., for appellant; Kenneth R. Weiss, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, POPOVICH and HOFFMAN, JJ.

Judgment of sentence affirmed in part and reversed in part. Reversed and remanded for resentencing.

POPOVICH, J., concurred in the result.